IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ISRAEL RULLAN-SANTIAGO<br>Counts 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 15,<br>16, 17, 19, 20, 21, 23, 24, 25, 27, 28 and 29<br>2) XAVIER ALVAREZ-PEREZ<br>Counts 3, 4 and 6<br>3) PEDRO A. MORALES-CINTRON<br>Counts 7, 8 and 10<br>4) DAVIEL SALINAS-ACEVEDO<br>Counts 11, 12 and 14<br>5) WENDELL RIVERA-RUPERTO<br>a/k/a Arsenio Rivera<br>Counts 15, 16 and 18<br>6) JUAN CARLOS RAMOS<br>a/k/a F.N.U. L.N.U. a/k/a Joseph Avilés<br>Counts 19, 20 and 22<br>7) JIM SANTANA-RAMIREZ<br>Counts 23, 24 and 26<br>**8) JOSE L. SALVA-NEGRON**<br>Counts 27, 28 and 30<br>9) MIGUEL SANTIAGO-CORDERO<br>Counts 31, 32 and 34<br>10) LUIS JOEL AVILES-RULLAN<br>Counts 35, 36 and 38<br>Defendants | CRIMINAL 10-0342CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 9, 2012 (**docket entry 433**) on a Rule 11 proceeding of defendant José L. Salvá-Negrón (8) held before U.S. Magistrate Judge Silvia Carreño-Coll on June 28, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 10-0342CCC                              2

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 28, 2012.  The **sentencing hearing is set for September 26, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 31, 2012.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge